## CONRAD TEN EYCK AND JEREMIAH V. R. TEN EYCK, TRADING UNDER THE FIRM OF CONRAD TEN EYCK & CO., *versus* HIRAM PEIRCE AND WOLCOTT LAWRENCE, TRADING UNDER THE FIRM OF HIRAM PEIRCE & CO.

JOURNAL ENTRIES (1821): *Journal 3:* (1) Settled by the parties *p. 161.
PAPERS IN FILE: (1–2) Affidavits and precipes; (3) capias and return.
*Office Docket*, MS p. 73, c. 5.

## STEPHEN K. GROSVENOR AND REUBEN B. HEACOCK, TRADING UNDER THE FIRM OF GROSVENOR & HEACOCK, *versus* MICHAEL DOUSMAN

JOURNAL ENTRIES (1821–24): *Journal 3:* (1) Continued *p. 162; (2) continued *p. 344; (3) discontinued *p. 487.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 78, c. 12. (Case 46 of 1820)

## ELIPHALET AUSTIN *versus* AUSTIN E. WING, SHERIFF OF WAYNE COUNTY

JOURNAL ENTRIES (1821): *Journal 3:* (1) Discontinued *p. 162.
PAPERS IN FILE: (1) Precipe for writ of replevin.
*Office Docket*, MS p. 97, c. 48.

## WILLIAM MACOMB *versus* GIDEON LEET

JOURNAL ENTRIES (1821): *Journal 3:* (1) Discontinued *p. 162.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 71, c. 2.